UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG GLECKMAN, | Case No.: 2:19-cv-07838 RGK(Ex) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK, | |
| Defendant. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: October 31, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE